UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-8030-CIV-HURLEY

**DENMORE INVESTMENTS LTD.,**
    **plaintiff,**
vs.

**ECOMPRAR NETWORK, INC. f/k/a
SPANISH HOME SHOPPING NETWORK, INC.,
JEFFREY DEWAYNE CHANDLER and
RANDALL JAMES JORDAN,**
    **defendants.**
_____/

**ORDER DENYING MOTION TO ENFORCE JUDGMENT**

    **THIS CAUSE** is before the court upon the Plaintiff Denmore Investments Ltd.'s motion to enforce judgment [DE# 127]. This matter was previously referred to United States Magistrate Judge James Hopkins, pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition.

    Magistrate Judge Hopkins filed a Report and Recommendation upon the motion on May 15, 2008 [DE# 145]. The time for filing objections to the Report and Recommendation of the Magistrate Judge has now expired, and no objections have been filed by any party.

    Having carefully reviewed the Magistrate Judge's Report and Recommendation, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound, and accordingly shall adopt the Magistrate Judge's recommended disposition of the motion.

    It is therefore **ORDERED** and **ADJUDGED**:

    1.    Magistrate Judge Hopkins' May 15, 2008 Report & Recommendation [DE# 145] is **ADOPTED** and **INCORPORATED** in full.

2.	Plaintiff's motion to enforce judgment [DE# 126] is **DENIED.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of June, 2008.

                    Daniel T. K. Hurley
                    United States District Judge

Copies furnished to:

United States Magistrate Judge James Hopkins
all parties

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts